# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| United States of America | ) |
|---|---|
| v. | ) |
| CHRISTOPHER BROWN | ) Case No. 3:24-00071 Judge Richardson |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Christopher Brown,
who is accused of an offense or violation based on the following document filed with the court:

✔ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. Sections 922(g)(1) & 924 - Felon in Possession of a Weapon (Firearm)

Date: 4/3/2024

*Issuing officer's signature*

City and state: Nashville, Tennessee

Dalaina Thompson, Case Administator
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*